**Order entered August 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00220-CV

**MARQUETH WILSON, Appellant**

**V.**

**COLONIAL COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14112**

## ORDER

Before the Court is appellant's August 1, 2014 Advisory to Court. Appellant has informed the Court that he has requested the record from the trial court so that he can file an amended brief with citations to the record.

On the Court's own motion, we **DIRECT** the Clerk of this Court to send appellant a paper copy of the clerk's record filed on March 20, 2014 and the supplemental clerk's record filed on April 14, 2014. Appellant shall file an amended brief on or before **September 5, 2014**. No extension of time will be granted. Appellee shall file any amended brief on or before September 15, 2014.

/s/     ADA BROWN
        JUSTICE